**[J-47-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITIONS OF THERESA WRIGHT AS A CONGRESSIONAL CANDIDATE FOR THE 5TH CONGRESSIONAL DISTRICT OF THE STATE OF PENNSYLVANIA | : : : : : : : | No. 13 MAP 2018<br><br>Appeal from the Order of the Commonwealth Court at No. 199 MD 2018 dated April 11, 2018. |
| | : | SUBMITTED: April 18, 2018 |
| APPEAL OF: ANGELA WASHINGTON AND GINA H. CURRY | : : | |

## ORDER

**PER CURIAM**                                                        **DECIDED: April 30, 2018**

AND NOW, this 30th day of April, 2018, the Order of the Commonwealth Court is

AFFIRMED. The Application for Leave to File a Post-Submission Communication is

DENIED.